SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (Bar # 263326)
JOE ANGELO (Bar # 268541)
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
408-279-2288 ph
408-279-2299 fax

Attorney for Debtors/Plaintiffs
John and Lametrice Neal

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re: | Case No.: 14-44644-WJL |
| **NEAL, JOHN & LAMETRICE,** | Adversary No.: 18-04059 |
| Debtors. | Chapter 13 |
| | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 7041** |
| **LAMETRICE NEAL,** | |
| Plaintiff, | Judge: Hon. William J. Lafferty |
| v. | |
| **FREEDOM MORTGAGE CORPORATION, AND DOES 1 THROUGH 10,** | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Lametrice Neal, pursuant to Federal Rule of Civil Procedure 41(a)(1), made applicable to this proceeding through the Bankruptcy Rules of Civil Procedure 7041, hereby voluntarily dismisses Defendant Freedom Mortgage Corporation as to all claims in this action, with prejudice.

NOTICE OF VOLUNTARY DISMISSAL -1-

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Freedom Mortgage Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

                                        **SAGARIA LAW, P.C.**

Dated: June 7, 2018                    By:    */s/ Joe Angelo*
                                                              Joe Angelo
                                                              Attorney for Debtor/Plaintiff