SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (Bar # 263326)
JOE ANGELO (Bar # 268541)
KYLE SCHUMCHER (Bar # 282427)
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
408-279-2288 ph
408-279-2299 fax

Attorney for Debtors/Plaintiffs
John and Lametrice Neal

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>**NEAL, JOHN & LAMETRICE,**<br><br>Debtors. | Case No.: 14-44644 WJL<br><br>Adversary No.: 18-04059 WJL<br><br>Chapter 13<br><br>**DECLARATION OF KYLE SCHUMACHER REGARDING INITIAL STATUS CONFERENCE HELD MAY 23, 2018** |
| **LAMETRICE NEAL,**<br><br>Plaintiff,<br><br>v.<br><br>**FREEDOM MORTGAGE CORPORATION, AND DOES 1 THROUGH 10,**<br><br>Defendants. | Date: June 20, 2018<br>Time: 10:30 a.m.<br>Judge: Hon. William J. Lafferty<br>Crtrm: 220<br>Location: 1301 Clay Street<br>Oakland, California |

//

//

DECLARATION OF KYLE SCHUMACHER REGARDING INITIAL STATUS CONFERENCE HELD MAY 23, 2018
-1-

I, Kyle Schumacher, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the federal courts for the State of California and Oregon. I am, and at all times mentioned herein was, an associate attorney employed at Sagaria Law, P.C.; the firm of record for Plaintiff Lametrice Neal ("Plaintiff"). As such, I have personal knowledge of the statements contained herein.

2. I am, and at all times mentioned herein was, a resident of San Antonio, Texas. When appearances are required to be made, and allowed telephonically, our firm utilizes the services of CourtCall. CourtCall is an independent third party company who offers the technology and ability to conduct remote Court Appearances throughout the United States.

3. I regularly appear using the CourtCall platform and am familiar with their policies and procedures.

4. As the Court correctly pointed out, despite the Stipulation requesting additional time to respond by the Defendant had been filed, an Order did not appear on the docket excusing the parties appearance at the Scheduling Conference nor had the Conference been continued.

5. On May 23, 2018, I prepared to appear telephonically but was unable to locate the CourtCall confirmation email. Upon investigation, it was determined that arrangements with CourtCall to appear telephonically had not been completed the week prior as is normal protocol for Sagaria Law staff.

6. I immediately contacted the Court to apologize for the oversight and obtain permission to set up a CourtCall telephonic appearance. I was able to speak with the Court and was granted the permission it sought. I immediately turned around and called CourtCall to arrange the appearance. I set up the CourtCall appearance and was on hold with the CourtCall operator waiting to be connected.

7. When I was not immediately connected to the Court, I instructed my paralegal to contact CourtCall. I was informed that CourtCall was having difficulty connecting me to the courtroom to make my appearance as scheduled.

8. While rare, this is not the only time this has happened to our office with CourtCall. On February 15, 2018, Matthew DeCaminada, a former associate attorney of Sagaria Law, was scheduled to appear telephonically for a hearing on a motion to modify debtors' Chapter 13 plan in the United States Bankruptcy Court, Eastern District of California (Fresno) before the Honorable Rene Lastreto II[1]. CourtCall again had an issue connecting Mr. DeCaminada through to the courtroom and the matter was continued to a later date.

**SAGARIA LAW, P.C.**

Dated: June 7, 2018  By:  */s/ Kyle Schumacher*
　　　　　　　　　　　　　　　　Kyle W. Schumacher
　　　　　　　　　　　　　　　　Attorney for Plaintiff

---

[1] *In Re: Gerald and Barbara Stuller; case 17-10875-B-13.*

DECLARATION OF KYLE SCHUMACHER REGARDING INITIAL STATUS CONFERENCE HELD MAY 23, 2018
-3-